

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

---

### NO. 2-08-492-CV

---

MARVIN LEE EDWARDS AND                                    APPELLANTS
ALL OTHER OCCUPANTS

V.

AURORA LOAN SERVICES, LLC                                    APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On January 8, 2009, we notified Marvin Lee Edwards that his notice of appeal was defective and that he had not paid the filing fee.  *See* Tex. R. App. P. 5, 25.1(d), (e).  We directed him to file an amended notice of appeal and to pay the filing fee by Monday, January 19, 2009.  *See* Tex. R. App. P. 5, 25.1(f), 37.1.  We received no response.  On January 21, 2009, we again notified Edwards that his notice of appeal was defective and that he had not

---

[1] *See* Tex. R. App. P. 47.4.

paid the filing fee. *See* Tex. R. App. P. 5, 25.1(d), (e). We directed Edwards to file an amended notice of appeal and to pay the filing fee by Monday, February 2, 2009, and further stated that the appeal "will be DISMISSED" if the filing fee was not paid by that date. *See* Tex. R. App. P. 42.3(c).

Because Edwards has failed to comply, it is the opinion of the court that his appeal should be dismissed. Accordingly, we dismiss the appeal. *See id*.

Edwards shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: February 26, 2009

2